### William G. Derby v. Mary I. Derby.

1. VERDICTS—*Unsupported by the Evidence.*—A verdict wholly unsupported by the evidence will be set aside, and a decree based upon it will be reversed.

Separate Maintenance.—Error to the Circuit Court of Montgomery County; the Hon. SAMUEL L. DWIGHT, Judge, presiding. Heard in this court at the November term, 1901. Reversed and remanded. Opinion filed April 9, 1902.

LANE & COOPER, for plaintiff in error.

No appearance for defendant in error.

OPINION PER CURIAM.

This writ of error is prosecuted to reverse a decree for separate maintenance rendered against the plaintiff in error in favor of defendant in error. The decree was rendered upon the verdict of a jury impaneled to try the case. The defendant in error has filed no brief and for that reason we could reverse the decree *pro forma* under rule 28. We have read the abstract, however, and find from it, that the verdict of the jury is wholly unsupported by the evidence. The evidence, as it appears in the abstract, shows that the defendant in error is voluntarily and without sufficient cause living separate and apart from her husband.

Decree reversed and remanded.